NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANGEL ZAYAS CHICO,　　　　　　　)
DOC #Y63895,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
　　　　　　Appellant,　　　　　　 )
　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　 )　 Case No. 2D18-510
　　　　　　　　　　　　　　　　　 )
STATE OF FLORIDA,　　　　　　　　)
　　　　　　　　　　　　　　　　　 )
　　　　　　Appellee.　　　　　　　)
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Charlotte County; George Richards,
Judge.

Howard L. Dimmig, II, Public
Defender, and Richard Sanders,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

　　　　　　Affirmed.


BLACK, BADALAMENTI, and SMITH, JJ., Concur.